

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATTHEW CAMPANA,

Defendant.

Case No. 2:17-cr-00258-APG-GWF

**Preliminary Order of Forfeiture**

This Court finds that defendant Matthew Campana pled guilty to Count Seven of a Twenty-One Count Superseding Criminal Indictment charging him with Possession of Stolen Mail in violation of Title 18, United States Code, Section 1708. Superseding Criminal Indictment, ECF Nos. 59 and 69; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Matthew Campana agreed to the forfeiture of the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF Nos. 59 and 69; Bill of Particulars, ECF No. 101; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

1

1    This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United
2    States of America has shown the requisite nexus between property set forth in the
3    Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the
4    Superseding Criminal Indictment and the offense to which defendant Matthew
5    Campana pled guilty.

The following property is any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1708, a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p):

i. any and all fraudulent identification documents including, but not limited to at least a Nevada identification card in the name of A.B.;

ii. any and all fraudulent access devices including, but not limited to at least:

a) any and all credit or debit cards including, but not limited to at least the following cards (identified by the initials of the card holder and the last four digits of the card number):

| A.B. / 43333 | A.E. / 7860 | B.H. / 6712 | C.D. / 7244 | C.L. / 3359 |
| C.T. / 8934 | J.C. / 2231 | J.E. / 9514 | J.E. / 2786 | J.K. / 5252 |
| K.W. / 1013 | L.S. / 4047 | N.H. / 7245 | S.E. / 1631 | S.E. / 9224 |
| S.Y. / 5669 | | | | |

b) any and all notebooks, checks, account statements, and other papers containing credit or debit card numbers including, but not limited to

        at least the following card numbers (identified by the initials of the account holder and the last four digits of the card number):

| A.H. / 1976 | J.E. / 6451 | J.K. / 3878 | K.W. / 4992 | L.W. 8199 |

    c)     any and all notebooks, checks, account statements, and other papers containing bank account numbers;

iii.   any and all stolen mail including, but not limited to at least 200 pieces of mail

(all of which constitutes property).

    This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Matthew Campana in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable

statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Daniel D. Hollingsworth
> Assistant United States Attorneys
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

4

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 26th day of April, 2018.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE