

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATTHEW CAMPANA,

Defendant.

Case No. 2:17-cr-00258-APG-GWF

**Final Order of Forfeiture**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Matthew Campana to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant Matthew Campana pled guilty. Superseding Criminal Indictment, ECF Nos. 59 and 69; Bill of

1

Particulars, ECF No. 101; Plea Agreement, ECF No. 108; Preliminary Order of Forfeiture, ECF No. 109; Change of Plea, ECF No. 111.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 12, 2018, through June 10, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 115.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) and 853(n)(7) and shall be disposed of according to law:

    i.    any and all fraudulent identification documents including, but not limited to at least a Nevada identification card in the name of A.B.;

ii. any and all fraudulent access devices including, but not limited to at least:

    a) any and all credit or debit cards including, but not limited to at least the following cards (identified by the initials of the card holder and the last four digits of the card number):

| A.B. / 43333 | A.E. / 7860 | B.H. / 6712 | C.D. / 7244 | C.L. / 3359 |
| C.T. / 8934 | J.C. / 2231 | J.E. / 9514 | J.E. / 2786 | J.K. / 5252 |
| K.W. / 1013 | L.S. / 4047 | N.H. / 7245 | S.E. / 1631 | S.E. / 9224 |
| S.Y. / 5669 | | | | |

    b) any and all notebooks, checks, account statements, and other papers containing credit or debit card numbers including, but not limited to at least the following card numbers (identified by the initials of the account holder and the last four digits of the card number):

| A.H. / 1976 | J.E. / 6451 | J.K. / 3878 | K.W. / 4992 | L.W. 8199 |

    c) any and all notebooks, checks, account statements, and other papers containing bank account numbers;

iii. any and all stolen mail including, but not limited to at least 200 pieces of mail

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk
2   send copies of this Order to all counsel of record.
3   DATED this 9th day of August, 2018.

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE